Adam M. Silverstein (197638)

CAVALLUZZI & CAVALLUZZI

9200 Sunset Boulevard, Suite 807

Los Angeles, California 90069

Telephone: (310) 246-2601

Facsimile: (310) 246-2606

Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation, | **Case No. CV 11-2799 DSF (DTBx)** |
| Plaintiff, | |
| vs. | **ORDER GRANTING FIRST MOTION TO EXTEND TIME PERIOD FOR SERVICE OF SUMMONS AND COMPLAINT ON DOE DEFENDANTS** |
| JOHN DOES 1-10, | |
| Defendants. | |

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants (the "Motion"), and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Plaintiff's Motion to Extend Time Period for Service of Summons and Complaint on Doe Defendants is hereby GRANTED.

Case No.

2. Plaintiff shall have up through and including October 1, 2011, to serve Defendants.

**DONE AND ORDERED** this 21st day of July, 2011.

By _____
**UNITED STATES DISTRICT JUDGE**

Case No.